An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IVAN RICHARD SANDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63035

**FILED**

MAY 2 0 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence. Tenth Judicial District Court, Churchill County; Robert E. Estes, Judge.

The notice of appeal was untimely filed. NRAP 4(b); *Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14748

cc: Chief Judge, Tenth Judicial District
Robert E. Estes, Senior Judge
Ivan Richard Sanderson
Churchill County District Attorney
Attorney General/Carson City
Churchill County Clerk